**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-6221**

———————————

LEARIE A. DALY,

                                        Plaintiff - Appellant,

        versus

MELANIE C. PEREIRA, Director; MR. BRANSON,
Grievance Coordinator,

                                        Defendants - Appellees,

        and

MCLINDSEY HAWKINS, Chief of Security,

                                        Defendant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge. (CA-03-
1441-1-AMD)

———————————

Submitted:  June 2, 2004              Decided:  July 12, 2004

———————————

Before LUTTIG, MOTZ, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Learie A. Daly, Appellant Pro Se.  Louis Paul Ruzzi, Barbara McFaul
Cook, County Solicitor, Katherine Lee Taylor, COUNTY SOLICITOR'S
OFFICE, Ellicott City, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Learie A. Daly appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Daly v. Pereira, No. CA-03-1441-1-AMD (D. Md. Jan. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED